1  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
2  Suzanne Solomon, Bar No. 169005
   ssolomon@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA  94107
5
   Telephone:   (415) 512-3000
6  Facsimile:   (415) 856-0306

7  Attorneys for Defendants
   COUNTY OF NEVADA, DALE FLIPPIN, LARRY
8  ALLEN and TERRY McFEELY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARTHOLOME,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF NEVADA, a government entity; DALE FLIPPIN, an individual; LARRY ALLEN, and individual; and TERRY MCFEELY, an individual,<br><br>        Defendants. | Case No.  2:10-cv-01870-WBS-EFB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation by and between Plaintiff DAVID BARTHOLOME and Defendants COUNTY OF NEVADA (erroneously named herein as the Office of the Nevada County Assessor), DALE FLIPPIN, LARRY ALLEN and TERRY MCFEELY, that all claims asserted by Plaintiff DAVID BARTHOLOME in this action against the COUNTY OF NEVADA, DALE FLIPPIN, LARRY ALLEN and TERRY MCFEELY are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby orders that the entire action is dismissed with prejudice.

//

1  //

2  Each party shall bear its/her own costs and attorney's fees.

3  IT IS SO ORDERED.

4

5  Dated: September 10, 2010

6

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9  141707.1 NE005-012